IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLSTATE INSURANCE CO. and | : | CIVIL ACTION |
| ALLSTATE PROPERTY & | : | |
| CASUALTY INSURANCE CO., | : | |
|     Plaintiffs, | : | |
|              v. | : | |
| | : | |
| MANILLA, et al., | : | |
|     Defendants. | : | NO. 11-5102 |

## ORDER GRANTING MOTION TO DISMISS

AND NOW, this _____ day of April, 2012, upon consideration of Defendant Theresa Groh's Motion to Dismiss (ECF No. 9), Plaintiffs' response (ECF No. 10), Defendant Groh's reply (ECF No. 11), and for the reasons explained in the accompanying Memorandum Re: Motion to Dismiss, it is hereby ORDERED that the Motion is GRANTED. This case is dismissed in its entirety, without prejudice to any party pursuing the same or similar action in state court. The Clerk of Court shall mark this case closed.

BY THE COURT:

   S/Michael M. Baylson
Michael M. Baylson, U.S.D.J.

O:\CIVIL 11-12\11-5102 Allstate v. Manilla\Allstate v. Manilla Order MTD.wpd